FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>     Petitioner,<br><br>  v.<br><br>ROBERT JACKSON,<br><br>     Respondent. | No. 1:26-cv-3101-EFS<br><br>**ORDER OF DISMISSAL** |

Before the court is Mr. Demos' Habeas Corpus Petition pursuant to 28 U.S.C. § 2254 and attachments consisting of 80 pages.[1] He seeks leave to proceed *in forma pauperis.*[2]

---

[1] ECF No. 1.

[2] ECF Nos. 2 and 4.

ORDER OF DISMISSAL -- 1

Although Mr. Demos purports to challenge a 1974 Yakima County conviction, he specifically challenges a 1978 King County conviction in his attached documents. *See* ECF No. 1 at 16–17.  King County is located in the Western District of Washington.

This Court takes judicial notice of the fact that the U.S. District Court for the Western District of Washington issued an Order which provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). Therefore, the Court finds it would not be in the interests of justice to transfer this action to the Western District of Washington.

Accordingly, **IT IS HEREBY ORDERED:**

1.      This action is **DISMISSED without prejudice.**

2.      Petitioner's applications to proceed *in forma pauperis*, ECF Nos. 2 and 4, are **DENIED as moot.**

3.      The Court certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

ORDER OF DISMISSAL -- 2

4.    The Clerk's Office shall **CLOSE** this file.

5.    The Clerk's Office is directed not to accept any documents for filing in this closed case, other than a Notice of Appeal or a pleading authorized by the Ninth Circuit, and shall discard any documents submitted.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Petitioner.

DATED this 4th day of June 2026.

EDWARD F. SHEA
Senior United States District Judge

ORDER OF DISMISSAL -- 3